# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tigar, Jon S. | U.S. District Court for the Northern District of California | 08/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Caroline D Avery & Jon S Tigar Living Trust dtd. 05/13/1997 |
| 2. | Director | Adam A Tigar 99 Trust dtd. 08/27/1999 |
| 3. | Director | William S Tigar 99 Trust dtd. 08/27/1999 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | The Durfee Foundation - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bar Association - Section of Antitrust Law | 1/18/2018 to 1/23/2018 | Grand Cayman, Cayman Islands | Section Leadership Meeting | Transportation, meals, hotel |
| 3. | American Bar Association - Section of Antitrust Law | 2/13/2018 to 2/17/2018 | Paris, France | International Cartel Workshop | Transportation, meals, hotel |
| 4. | American Bar Association - Section of Antitrust Law | 4/9/2018 to 4/13/2018 | Washington, D.C. | Spring Annual Meeting | Transportation, meals, hotel |
| 5. | American Bar Association - Section of Antitrust Law | 8/5/2018 to 8/9/2018 | Deer Valley, UT | Post-Annual Leadership Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | J | T | | | | | |
| 2. TIAA-CREF Traditional Annuity | | None | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. Individual Account: ▮ | | | | | | | | | |
| 5. -- Vanguard FTSE All-World ex-US Index Fund | A | Dividend | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. IRA: ▮ | | | | | | | | | |
| 8. -- DFA Commodity Strategy Portfolio | B | Dividend | L | T | Buy (add'l) | 12/07/18 | L | | |
| 9. -- DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 10. -- DFA Global Real Estate Security Port Institutional | C | Dividend | L | T | | | | | |
| 11. -- DFA International Small Company Portfolio | B | Dividend | K | T | | | | | |
| 12. -- IndexIQ Merger Arbitrage ETF | A | Dividend | L | T | | | | | |
| 13. -- iShares Short Term Corporate Bond ETF | B | Dividend | N | T | | | | | |
| 14. -- Pimco Stocksplus Intl Fd Usd Hedged D | D | Dividend | M | T | | | | | |
| 15. -- PRIMECAP Odyssey Aggressive Growth Fund | E | Distribution | M | T | | | | | |
| 16. -- Thompson Bond Fund (X) | A | Dividend | L | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Living Trust #1: ▓▓▓ | | | | | | | | | |
| 19. -- Artisan Global Opportunities Fund | D | Distribution | M | T | | | | | |
| 20. -- DFA Commodity Strategy Portfolio | B | Dividend | L | T | Buy | 12/07/18 | L | | |
| 21. -- DFA Emerging Markets Portfolio | C | Dividend | M | T | Buy (add'l) | 12/18/18 | K | | |
| 22. -- DFA Global Real Estate Security Port Institutional | A | Distribution | L | T | Buy | 12/18/18 | L | | |
| 23. -- DFA Global Real Estate Security Port Institutional | C | Dividend | L | T | | | | | |
| 24. -- DFA International Small Company Portfolio | C | Distribution | L | T | Buy (add'l) | 12/18/18 | K | | |
| 25. -- DFA International Small Company Portfolio | B | Dividend | L | T | | | | | |
| 26. -- Fidelity CA Ltd Term Tax Free Bond Fund | A | Dividend | M | | Buy | 12/07/18 | M | | |
| 27. -- IndexIQ Merger Arbitrage ETF | A | Dividend | M | T | Buy | 12/10/18 | M | | |
| 28. -- Oakmark Global Fund | D | Distribution | K | T | | | | | |
| 29. -- Oakmark Global Fund | A | Dividend | K | T | | | | | |
| 30. -- PRIMECAP Odyssey Aggressive Growth Fund | E | Distribution | M | T | | | | | |
| 31. -- PRIMECAP Odyssey Aggressive Growth Fund | A | Dividend | M | T | | | | | |
| 32. -- Vanguard CA Inter Term Tax-Exempt Fund Admiral Shares | A | Dividend | M | | Buy | 12/07/18 | M | | |
| 33. -- Vanguard Dividend Appreciation Index Fund | C | Dividend | M | T | | | | | |
| 34. -- Vanguard FTSE All-World ex-US Index Fund | A | Dividend | K | T | Buy | 12/18/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -- Vanguard Mid-Cap Index Fund | C | Dividend | M | T | | | | | |
| 36. -- Vanguard Short-Term Investment-Grade Fund | D | Dividend | N | T | | | | | |
| 37. -- Vanguard Small-Cap Growth Index Fund | A | Dividend | M | T | | | | | |
| 38. | | | | | | | | | |
| 39. Living Trust #2: | | | | | | | | | |
| 40. -- Avery Dennison Corp Common Stock | D | Dividend | O | T | | | | | |
| 41. -- DFA Commodity Strategy Portfolio | A | Dividend | L | T | | | | | |
| 42. -- DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 43. -- DFA Global Real Estate Securities Portfolio | A | Distribution | M | T | | | | | |
| 44. -- DFA Global Real Estate Securities Portfolio | D | Dividend | M | T | | | | | |
| 45. -- DFA International Small Company Portfolio | B | Distribution | K | T | | | | | |
| 46. -- DFA International Small Company Portfolio | A | Dividend | K | T | | | | | |
| 47. -- IndexIQ Merger Arbitrage ETF | A | Dividend | L | T | | | | | |
| 48. -- Schwab 1000 Index Fund | E | Distribution | P1 | T | | | | | |
| 49. -- Schwab 1000 Index Fund | E | Dividend | P1 | T | | | | | |
| 50. -- Vanguard FTSE All-World ex-US Index Fund | D | Dividend | M | T | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.         Irrevocable Trust: | | | | | | | | | |
| 53. -- Arbitrage Fund Class I | A | Distribution | K | T | | | | | |
| 54. -- Arbitrage Fund Class I | A | Dividend | K | T | | | | | |
| 55. -- DFA Global Real Estate Securities I | A | Distribution | K | T | | | | | |
| 56. -- DFA Global Real Estate Securities I | A | Dividend | K | T | | | | | |
| 57. -- PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | | | | | |
| 58. -- Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 59. -- Vanguard Extended Market Index Fund | B | Dividend | L | T | | | | | |
| 60. -- Vanguard FTSE All-World Ex-US Index Fund | C | Dividend | M | T | | | | | |
| 61. -- Vanguard Short Term Investment Grade Fund | B | Dividend | L | T | | | | | |
| 62. -- Vanguard Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 63. | | | | | | | | | |
| 64.         Vanguard Account | | | | | | | | | |
| 65. -- Vanguard FTSE All-World Ex-US Index Fund | A | Distribution | K | T | | | | | |
| 66. -- Vanguard Global Ex-US Real Estate Index Fund Admiral | A | Distribution | K | T | | | | | |
| 67. -- Vanguard Real Estate Index Admiral | A | Distribution | K | T | | | | | |
| 68. -- Vanguard Short Term Investment Grade Fund | B | Distribution | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70.        UTMA: | | | | | | | | | |
| 71. -- Avery Dennison Common Stock | A | Dividend | K | T | | | | | |
| 72. -- Janus Flexible Bond Fund | B | Dividend | K | T | | | | | |
| 73. -- Vanguard Dividend Appreciation Index Fund | A | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75.        Irrevocable Trust: | | | | | | | | | |
| 76. -- Artisan Global Oppty Inv Cl | C | Distribution | L | T | | | | | |
| 77. -- Driehaus Emerging Markets Growth Fund | A | Distribution | J | T | | | | | |
| 78. -- Driehaus Emerging Markets Growth Fund | A | Dividend | J | T | | | | | |
| 79. -- iShares Core S&P 500 | B | Dividend | L | T | | | | | |
| 80. -- Janus Flexible Bond Fund | A | Dividend | M | T | | | | | |
| 81. -- PRIMECAP Odyssey Aggressive Growth Fund | D | Distribution | L | T | | | | | |
| 82. -- PRIMECAP Odyssey Aggressive Growth Fund | A | Dividend | L | T | | | | | |
| 83. -- Schwab Fdmtl US Sm Co Idx | B | Distribution | K | T | | | | | |
| 84. -- Schwab Fdmtl US Sm Co Idx | B | Dividend | K | T | | | | | |
| 85. -- Vanguard Dividend Appreciation Index Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87.  Irrevocable Trust: | | | | | | | | | |
| 88.  -- Artisan Global Oppty Inv Cl | C | Distribution | L | T | | | | | |
| 89.  -- Congress Small Cap Growth Retail | C | Distribution | K | T | | | | | |
| 90.  -- Janus Flexible Bond Fund | A | Distribution | M | T | | | | | |
| 91.  -- Janus Flexible Bond Fund | C | Dividend | M | T | | | | | |
| 92.  -- PRIMECAP Odyssey Aggressive Growth Fund | D | Distribution | L | T | | | | | |
| 93.  -- PRIMECAP Odyssey Aggressive Growth Fund | A | Dividend | L | T | | | | | |
| 94.  -- Schwab 1000 Index Fund | B | Distribution | K | T | | | | | |
| 95.  -- Schwab 1000 Index Fund | A | Dividend | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon S. Tigar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544